# Order

Michigan Supreme Court
Lansing, Michigan

May 2, 2008

Clifford W. Taylor,
Chief Justice

133170 (96)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHATHAPURAM S. RAMANATHAN,
     Plaintiff-Appellee,

v

WAYNE STATE UNIVERSITY BOARD OF
GOVERNORS,
     Defendant-Appellant,
and

LEON CHESTANG,
     Defendant.

SC: 133170
COA: 266238
Wayne CC: 98-810999-NO

_____/

On order of the Court, the motion for reconsideration of this Court's March 7, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WEAVER, J., would grant the motion for reconsideration.

MARKMAN, J., dissents and states as follows:

For the reasons stated in my previous statement, 480 Mich 1090, 1091 (2008), I would grant defendant's motion for reconsideration and, on reconsideration, would reverse the judgment of the Court of Appeals and dismiss the remaining claims against defendant.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2008                _____

t0423                            Clerk